| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | OR | FILING DATE MO. DAY YR. | J | NATURE SUIT | DIV. PTF DEF | R 23 | DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01 | 87 6327 | 1 | 08 31 87 | 4 | 290 | 1 2 | | | 0802 | | 88888 | | 87 6327 |

**CAUSE:**

**PLAINTIFFS**
B. ROLAND FREASIER, JR
JARRETT, M ALVIN Q.

**DEFENDANTS** SEINFELD, J.
MULDERIG, WILLIAM M. ET AL

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Breach of Fiduciary obligation U.SC:1332 (a)    dd

**ATTORNEYS**

Cobin & Godsberg
366 Madison Avenue
New York, New York 10017

687-6090

FOR DEDENDANTS
WILLIAM M. MULDERIG
321 Route 59

P.O. Box 96
Tallman, New York 10982
914 357-0100

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | AUG 3 1 1987 | 152987 | | JS-5 | X |
| | | | | JS-6 | 7-20-88 |

UNITED STATES DISTRICT COURT DOCKET    DC-111 (Rev: 1/87)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 08-31-87 | 1 | Filed Complaint issued notice pursunat to rule 28 USC 636(c) summons issued. dd |
| 09-02-87 | (2) | Filed Pltffs' TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND ACCELERATED PRETRIAL DISCOVERY....that defts William M.Mulderig ETAL show cause before WEINFELD,J Courtroom 1506 on Sept. 8, 1987 2:15PM why an order should not be entered granting pltffs' the following temporary relief pending the hearing on pltffs' application for a preliminary injunction....that pltffs' post a bond or cash in sum of $250,000 ... personal service of this order,etc. was granted, be made upon defts by delivering copies to defts on or before 9- 4-87 by noon. answering papers,if any shall be served upon attys for pltffs by delivering copies on or before 10AM on Sept. 8, 1987 and copy filed with the Court. WEINFELD,J |
| 09-04-87 | 3 | Filed defts Answering affdvt by: William M,. Mulderig in Opposition to Temporary Order and Order to show cause. |
| 09-04-87 | 4 | Filed pltff. Albvin Q Jarrret affdvt. in support of the entry of a temporary Restraining Order and Order to show cause for preliminary injunction and Accelerated Pretrial Discovery pretrial discovery. dd |
| 09-04-87 | 5 | Filed pltffs memo. in support of pltffs Application for a Temporary Restraining Order, preliminary injunction and accelerated pretrial discovery. dd |
| 09-04-87 | 6 | Filed pltffs affdv.t by: J. Barry Cocoziello personal statement dd |
| 09-04-87 | 7 | Filed pltff's affdvt.by: B. Roland Freasier, Jr. in support of the entry of a Temporary Restraining order and order to show cause for preliminary injunction and Accelerated Pretrial disocvery. dd |
| 09-04-87 | 8 | Filed defts Acknowledgment of receipt of summons and complaint 9-2-87. dd |
| 09-04-87 | 9 | Filed Modification of TRO and Order to show cause for preliminary injunction by consent. Ordered that the paragraph pertaining to the posting of a bond on pag 7 of the TRO and Order to show cause Cause is modified and pltffs to post a bond or cash in the sum of $10,000.00 no later than 9-4-87--Weinfeld, J. c/m 9-8-87. dd |
| 09-04-87 | 10 | Filed stip. Reshedul.ing hearing on Order to show cause to 9-15-87--Weinfled, J. |
| 09-4-87 | -- | Rec'd from Podvey, Sachs, Meanor & Catenacci a certified check in the amount of $10,000.00 and deposited same in the registry of the court. jl |
| 09-15-87 | 11 | Filed stip. Rescheduling hearing on Order so show cause to 9-15-87 at 2:00 p.m. further appearing that the defts and pltffs consent to the rescheduling of the hearing on the Order to Show Cause until 9-29-87..--Weinfeld, J. dd |
| 9-18-87 | 12 | Filed Affidavit of J. BARRY COCZIELLO of the rescheduling of the planiffs' application for the entry of an Order to Show Cause seeking a Temporary Restraining Order for Wednesday, September 2, 1987 at 2:00 P.M. HL |
| 9-30-87 | 13 | Fld, Stip. Rescheduling Hearing ON ORDER TO SHOW CAUSE, it further appearing that the deft's are desirous of rescheduling the hearing for October 20, 1987 at 2:15 p.m WEINFELD, J. HL |
| 10-19-87 | 14 | Fld. Deft WILLIAM M. MULDERIG'S ANSWER. WMM HL |
| 10-20-87 | 15 | Fld. Memorandum of Law of Pltff, ALVIN Q.JARRETT,In Support of ORDER TO SHOW CAUSE. HL |

CONTINUED ON NEXT PAGE

JA
ev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | | |
|---|---|---|---|
| B. ROLAND FREASIER, JR ANO. | WILLIAM M. MULDERIG, "ET AL" | DOCKET NO. 87-6327 (EW) | PAGE 2 OF 2 PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 0-20-87 | 16 | Fld. Affdvt. of J. BARRY COCOZIELLO, is made in support of the application of pltff. Alvin Q. Jarrett, for the entry of an Order directing relief pursuant to FRPC. 37.   HL   HL |
| 10-19-87* | 17 | Fld. Affdvts' of Service of Summons and Complaint on the following defendants:<br><br>William M. Mulderig    Served on Sept. 3, 1987  By: John DiCanio by delivering a true copy of each to said defts' personally.<br><br>William M. Mulderig d/b/a Gold Associates  Served 9-3-87  BY: John DiCanio<br>Gold Associates                                          "   "  "  "   "   "<br>William M. Muldering d/b/a/ Murray Associates           "  "  "   "   "<br>Murray Associates c/o William M. Mulderig              "  "  "   "   "<br>William M. Mulderig d/b/a/ Mulderig Group             "  "  "   "   "<br>Dermul International LTD                               "  "  "   "   "<br>Richmul Associates c/o William M. Mulderig            "  "  "   "   "<br>17 Goshen Corp.                                       "  "  "   "   "<br>Blooming Grove Land Company Inc.                      "  "  "   "   "<br>Stowe Standardbred Inc.                               "  "  "   "   "<br>Joseph & Associates Inc.                              "  "  "   "   "<br>K&K Financial Services Limited                        "  "  "   "   "<br>Mulfra Associates c/o William M. Mulderig             "  "  "   "   "<br>Ryderbrook Associates c/o William M. Mulderig         "  "  "   "<br>Ryderbrook AssociatesIc/o William M. Mulderig         "  "  "   "<br>Ryderbrook Associates II c/o William M. Mulderig      "  "  "   "<br>Ryderbrook Associates III c/o William M. Mulderig     "  "  "   "<br>Ryderbrook Associates IV c/o William M. Mulderig      "  "  "   "   HL |
| 0-21-87 | 18 | Fld. Affdvt. of ALVIN Q. JARRETT., in opposition of the application of pltff., for the entry of an Order directing relief pursuant to FRPC.   HL |
| 0-21-87 | 19 | Fld. ORDER TO SHOW CAUSE FOR SANCTIONS PURSUANT ATO FEDERAL RULE OF CIVIL PROCEDURE 37 (b) (2)., ORDERED, that defts' William M. Mulderig et al., why an Order should not be entered pursuant to Rule 37(b) (2). Service upon defts was rendered October 19, 1987., and that answering papers, shall be served upon attorneys for pltff and filed with the Court on or before October 20, 1987. WEINFELD, J.   HL |
| 0-21-87 | 20 | Stip. and Order Entering Preliminary Injunction., that the pltff's application for a Preliminary Injunction be and hereby is granted. I hereby consent to the form and entry of the within Order. WEINFELD, J.   HL |
| 0-21-87 | 21 | Fld. Stip. Vacating the Order to Show Cause For Preliminary Injunction between pltff, B. ROLAND FREASIER, JR. and Defts' that the pltff. B. Roland Freasier, Jr. and defts' through their respective counsel, stipulate and consent to the above. WEINFELD, J.   HL |
| 1-13-87 | 22 | Filed Transcript of record of proceedings, dated Sept. 2, 1987 |
| -4-88 | 23 | Fld Notice of reassignment to Judge Conboy.   mn   HL |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| B. ROLAND FREASIER, JR. ET ANO | WILLIAM M. MULDERIG, ET AL. | DOCKET NO. 87-6327  PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7-20-88 | 24 | Fld. Stip of Dismissal without predjudice. The Stip & Order entering prelimina Injunction is vacated without predjudice.etc...... So Ordered Conboy, J.   cm   V |
| 5-18-89 | 25 | Fld Notice of Motion and affdvt of Michael D. Savage in support for an order granting Pltf Alvin Q. Jarrett's motion for jdgt, directing the Clerk of the Court to enter jdgt and granting such other and further relief as this court deems just and proper. RET: 6-2-89 at 10:00am.     PM |
| 5-31-89 | 26 | Fld. Judgment by confession #89,1258 Ordered pltf Jarrett recover from deft Mulderig $4,000,000 plus 9% interest from 5-3-89 w/costs and disbursments. Ordered Conboy,J.     cm.     VB |
| 6-7-89 | --- | mailed court of appeal letter and forms re appeal procedures to COBIN & GODSBERG and W. MULDERIG. |
| 6-7-89 | 27 | Fld. Affidavit of WILLIAM M. MULDERIG in opposition to the settlement agreem |
| 6-19-89 | 28 | Fld. Memo Endorsed on letter to Judge from STEVEN R. POPOFSKY dtd 6-2-89 Ordere the judgement of confession will not be disturbed. Ordered Conboy, j.   cmc  VE |
| 10-4-89 | 29 | Fld. pltf A. JARRETT's notice of motion for an order purs, to FRCP 69 & 37 compe WILLIAM M. MULDERIG to appear for his deposition in 20 days of the date of the entry othereof (ii) awarding costs incurred by pltf in the sum of $1,605.00; re 10-16-89 w/affidavit of AANA MICHELSON STEINBERG in support of the motion. |
| 10-4-89 | 30 | Fld. pltf A. JARRET's memorandum of law in support of the motion to compel. VE |
| 11-9-89 | --- | Fld. memo endorsed on duplicate original of document 29 Ordered the unopposed mo of the pltf to compell Mr Mulderig to appear for his deposition is granted in respects. Ordered judge Conboy.     cmc     VB |