UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B. ROLAND FREASIER, JR., and ALVIN Q. JARRETT,

               Plaintiffs,

-v-

WILLIAM M. MULDERIG et al.,

               Defendants.

No. 87 Civ. 6327 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

---

RICHARD J. SULLIVAN, District Judge:

    Before the Court is Defendant William M. Mulderig's motion dated July 14, 2008, seeking relief from a May 31, 1989 Judgment under Federal Rules of Civil Procedure 60(b), on the ground that the Judgment was satisfied as of December 1989. Mr. Mulderig alleges that a satisfaction of judgment should have been filed in 1990, but that Charles Ayers, an attorney for Alvin Q. Jarrett, failed to furnish the satisfaction of judgment as he was required to do, and instead assigned the judgment to a third party in exchange for $4,000.00. Defendant served his motion papers on B. Roland Freasier on July 15, 2008, and on Jo Ann Blair Davis, Estate Attorney for the Estate of Alvin Q. Jarrett, also on July 15, 2008. Defendant's motion is thus far unopposed.

    Therefore, it is hereby ORDERED that:

    The parties shall appear before the Court at a conference on September 4, 2008 in Courtroom 21C, at 4 pM.

    Plaintiffs must submit a letter to the Court, with a copy sent to the Defendant, summarizing their position on this matter, no later than August 29, 2008.

Defendant William M. Mulderig is further ordered to provide a copy of this order to Plaintiffs as well as to Charles Ayers.

SO ORDERED.

Dated:     August 15, 2008
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

Copies of this Order have been faxed to:

William M. Mulderig
Fax: 845-533-4012