UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

B. ROLAND FREASIER, JR., and ALVIN Q. JARRETT,

          Plaintiffs,

-v-

WILLIAM M. MULDERIG et al.,

          Defendants.

No. 87 Civ. 6327 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the letter of Steven R. Popofsky (attached), dated August 28, 2008 and received in chambers today, requesting an adjournment of the conference scheduled in this matter and an extension of time in which to submit a status letter pertaining to defendant William M. Mulderig's July 14, 2008 motion for relief from a judgment pursuant to Federal Rules of Civil Procedure 60(b). In light of the facts set forth in Mr. Popofsky's letter, it is hereby ORDERED that:

(A) Mr. Popofsky shall submit a status letter on behalf of his client, East Coast Atlantic, Inc., no later that September 16, 2008; and

(B) The previously scheduled conference/hearing in this case is adjourned from September 4, 2008 to September 26, 2008 at 4:30 pm.

Mr. Popofsky is further ordered to provide a copy of this order to all parties and their counsel forthwith.

SO ORDERED.

Dated:    August 29, 2008
          New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE